# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SANTIAGO RODRIGUEZ,<br><br>Plaintiff,<br>vs.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO. 16cv2718-WQH-JLB<br><br>ORDER |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (ECF No. 20) issued by the United States Magistrate Judge, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 16) and grant Defendant's Cross-Motion for Summary Judgment (ECF No. 17).

## BACKGROUND

Plaintiff filed an application for disability benefits under Title II of the Social Security Act alleging an onset date of June 6, 2011.

On February 19, 2015, the ALJ issued a decision denying Plaintiff's application for benefits and finding Plaintiff not disabled under the Social Security Act. The ALJ found that Plaintiff had not engaged in substantial gainful activity since June 6, 2011. The ALJ found that Plaintiff has the following severe impairment: depression. The ALJ found that Plaintiff did not have any impairment or combination of impairments that would meet or medically equal any listed impairments. The ALJ concluded that the claimant is precluded from work on unprotected heights and dangerous

moving machinery; is precluded from sustained, intense interaction with the public, coworkers and supervisors but brief conversations or intermittent conversations are not precluded; and is precluded from detailed or complex problem solving.

(ECF No. 13-2 at 21). The ALJ found that Plaintiff was able to perform his past relevant work as a delivery driver because this work did not require the performance of work-related activities precluded by claimant's residual functional capacity.

After the Appeals Council denied Plaintiff's request for review, the ALJ's decision became the final decision of Defendant. Plaintiff timely filed a Complaint in this Court seeking judicial review of Defendant's decision.

On June 6, 2017, Plaintiff filed the Motion for Summary Judgment. (ECF No. 16). Plaintiff contends that the ALJ impermissibly rejected the opinion of the treating physician Dr. Ross.

On June 27, 2017, Defendant filed the Cross-Motion for Summary Judgment. (ECF No. 17). Defendant contends that the ALJ properly discounted the opinion of Dr. Ross setting forth valid reasons based on substantial evidence in the record.

On January 11, 2018, the Magistrate Judge issued the Report and Recommendation. (ECF No. 20). The Magistrate Judge concluded that Dr. Ross's opinion is inconsistent with the Dr. Ross' objective mental status exam finding. The Magistrate Judge concluded that the ALJ set forth specific and legitimate reasons for discounting the opinion of Dr. Ross regarding Plaintiff's capacity to perform work. The Magistrate Judge concluded that the specific and legitimate reasons set forth by the ALJ were supported by substantial medical evidence in the record.

On January 25, 2018, Plaintiff filed Objections to the Report and Recommendation. (ECF No. 21). Plaintiff contends that the Magistrate Judge and the ALJ failed to properly credit the opinion of the treating physician Dr. Ross.

**RULING OF THE COURT**

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district court must "make a de novo determination of those

portions of the report ... to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b).

The Court has reviewed the Report and Recommendation de novo. After considering the ALJ's decision, the Administrative Record, and all pleading in this case, the Court finds that the Magistrate Judge correctly evaluated the facts and correctly applied the controlling law in this case. This Court concludes that the ALJ's decision is supported by substantial evidence and is free from legal error.

IT IS HEREBY ORDERED that: (1) the Report and Recommendation (ECF No. 20) is ADOPTED in its entirety; (2) Plaintiff's Motion for Summary Judgment (ECF No. 16) is DENIED; and (3) Defendant's Cross-Motion for Summary Judgment (ECF No. 17) is GRANTED. The Clerk of the Court shall enter judgment for Defendant and against Plaintiff.

DATED: February 21, 2018

**WILLIAM Q. HAYES**
United States District Judge